Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY S.,<br><br>Plaintiff,<br>vs.<br><br>CIGNA BEHAVIORAL HEALTH, and the HEARST CORPORATION CHOICE PROGRAM,<br><br>Defendants. | STATUS REPORT<br><br>Civil No. 1:20-cv-00154 – DAK – DBP<br><br>Senior Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff, Mary S., through her undersigned counsel, submits this status report as ordered by the Court on February 21, 2023 (ECF 56). The parties agreed to a settlement during mediation. Plaintiff's counsel provided Defendants' counsel a signed copy of the settlement agreement on January 19, 2023. Per the settlement agreement, Defendants were required to make payment within 30-days. At the time of filing this status report, Plaintiff's counsel has yet to receive payment, and has not received an update from counsel for Defendants at this time. Plaintiff asks that the case not be dismissed until payment has been received.

DATED this 7th day of March, 2023

/s/ Brian S. King
Attorney for Plaintiff

1

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served to all parties registered to receive notices via the Court's CM/ECF system.

      DATED this 7th day of March, 2023

                                          /s/ Brian S. King