Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY S., <br><br> Plaintiff, <br> vs. <br><br> CIGNA BEHAVIORAL HEALTH, and the HEARST CORPORATION CHOICE PROGRAM, <br><br> Defendants. | STIPULATED MOTION TO DISMISS <br><br> Civil No. 1:20-cv-00154 – DAK – DBP <br><br> Senior Judge Dale A. Kimball <br><br> Chief Magistrate Judge Dustin B. Pead |

Based on the parties' stipulated motion and with good cause appearing, the above captioned matter is dismissed with prejudice. Each party is to bear its own fees and costs.

Dated this 16th day of March, 2023.

_____
Dale A. Kimball, U.S. District Judge

1